UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LAURA DUTTON, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:13-CV-180 |
| JAYSON FRY, former City of Estelline police officer, in his individual and official capacities; CHRIS JOLLY, City of Memphis police chief, in his individual and official capacities; and CITY OF ESTELLINE, TEXAS | § § § § § § § § | |
| Defendants | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE COURT:

Pursuant to FRCP 41(a)(1)(ii), all parties stipulate to the dismissal of this case with prejudice.

Respectfully submitted,

STUCKEY, GARRIGAN & CASTETTER LAW OFFICES
Alex A. Castetter , SBN 00783808
alex@sgclaw.org
2803 North Street
Post Office Box 631902
Nacogdoches, Texas 75963-1902
Tel: (936) 560-6020; Fax: (936) 560 – 9578

 /s/ Alex A. Castetter
    Alex A. Castetter
**ATTORNEYS FOR PLAINTIFF**

SPROUSE SHRADER SMITH  PLLC

Lee Ann Reno, Texas SBN 00791509
lee.ann.reno@sprouselaw.com
Alex Yarbrough, Texas SBN 24079615
alex.yarbrough@sprouselaw.com
Malerie T. Anderson, State Bar No. 24087102
malerie.anderson@sprouselaw.com
701 S. Taylor, Suite 500
Post Office Box 15008
Amarillo, Texas  79105-5008
Tel:  (806) 468-3300
Fax:  (806) 373-3454

/s/ Lee Ann Reno
    Lee Ann Reno

**ATTORNEYS FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

  I hereby certify that on July 16, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

**ATTORNEYS FOR PLAINTIFFS:**

| | |
|---|---|
| Alex Castetter | George Whittenburg |
| STUCKEY, GARRIGAN & CASTETTER LAW OFFICES | WHITTENBURG, STRANGE & WALKER PC |
| P.O. Box 631902 | 1010 S. Harrison |
| Nacogdoches, TX 75963-1902 | Amarillo, TX 79101 |

                /s/ Lee Ann Reno
                Lee Ann Reno